United States Bankruptcy Court
Northern District Of MS Aberdeen Division

| | IN RE |
|---|---|
| 2011143 | WAYNE BLACK |
| SCHNELLER AND LOMENICK, P.A. | 307 SECTION LINE RD |
| P.O. BOX 417 | COMO, MS 38619-6279 |
| HOLLY SPRINGS, MS 38635 | SSN or Tax I.D. XXX-XX-6929 |

US Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

CLAIM NO:   -Court-A                  US B

NOTICE OF CHANGE FROM LIVE 341 MEETING TO TELEPHONIC 341 MEETING

All 341 Meetings presently set on April 17, 2020, will be held telephonically.

Debtor(s), counsel for the Debtor(s), and other interested parties must follow

the dial in instructions below at least five (5) minutes prior to the time of

the 341 Meeting:

1. Dial 866-763-4201, and when prompted, enter Access Code 1354730#.

2. Once you are connected to the call, please mute your phone until the 341

meeting is called by the Trustee.

3. Do not place the call on hold at any time during the call as this may lead to

disturbing noises for the other call participants.

DATED:   March 27, 2020   at   Aberdeen, MS

BY THE COURT

Jason D. Woodard

CASE: 2011143    TRUSTEE: 73    COURT: 387
TASK: 03-26-2020.00431034.BLB000    DATED: 03/27/2020

| | | | |
|---|---|---|---|
| Court | | US Bankruptcy Courthouse | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Debtor | | WAYNE BLACK | 307 SECTION LINE RD<br>COMO, MS 38619-6279 |
| 799 | 000002 | SCHNELLER AND LOMENICK, P.A. | P.O. BOX 417<br>HOLLY SPRINGS, MS 38635 |
| | 000005 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19114 |
| | 000015 | FORTIVA | PO BOX 105555<br>ATLANTA, GA 30348 |
| | 000025 | DESOTO COUNTY CHANCERY CLERK | PO BOX 949<br>HERNANDO, MS 38632 |
| | 000006 | INTERNAL REVENUE SERVICE<br>900 JEFFERSON AVE | C/O U S ATTORNEY<br>OXFORD, MS 38655-3626 |
| | 000024 | PRESTIGE AUTO SALES | PO BOX 422<br>SENATOBIA, MS 38668 |
| | 000026 | TATE COUNTY CHANCERY CLERK | 201 S WARD STREET<br>SENATOBIA, MS 38668 |
| | 000017 | MS DEPARTMENT OF REVENUE<br>PO BOX 22808 | BANKRUPTCY SECTION<br>JACKSON, MS 39225-2808 |
| | 000022 | INTERNAL REVENUE SERVICE<br>100 WEST CAPITAL ST STOP 18 | SPECIAL PROCEDURES<br>JACKSON, MS 39269 |
| | 000014 | FIRST NATIONAL CREDIT CARD | PO BOX 5097<br>SIOUX FALLS, SD 57117-5097 |
| | 000021 | WAKPAMNI LAKE COMMUNITY CORPORATION<br>#1 WAKPAMNI LAKE HOUSING | ARROWHEAD ADVANCE<br>BATESLAND, SD 57716 |
| | 000008 | BISON GREEN LENDING | P O BOX 191<br>PINE RIDGE, SD 57770 |
| | 000019 | PLAIN GREEN LOANS | PO BOX 270<br>BOX ELDER, MT 59521-0270 |
| | 000009 | BRIGHT LENDING | P O BOX 578<br>HAYS, MT 59527 |
| | 000018 | OPPORTUNITY FINANCIAL<br>STE 3400 | 130 E RANDOLPH ST<br>CHICAGO, IL 60601 |
| | 000012 | CREDIT NINJA<br>SUITE 2200 | 222 SOUTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 |
| | 000020 | RISE CREDIT | 4150 INTERNATIONAL PLAZA #300<br>FORT WORTH, TX 76109 |
| | 000023 | RISE<br>P O BOX 101808 | ATTN: BANKRUPRCY<br>FORT WORTH, TX 76185 |
| | 000011 | CELTIC BANK CORPORATION<br>SUITE 300 | 268 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84111 |
| | 000010 | CAPITAL ONE | PO BOX 30285<br>SALT LAKE CITY, UT 84130 |
| | 000013 | CREDIT ONE BANK<br>P O BOX 98873 | ATTN: BANKRUPTCY<br>LAS VEGAS, NV 89193-8873 |
| | 000016 | GENESIS BANKCARD SERVICES | PO BOX 4499<br>BEAVERTON, OR 97076-4499 |

CASE: 2011143        TRUSTEE: 73            COURT: 387
TASK: 03-26-2020.00431034.BLB000        DATED: 03/27/2020

    000007    BIG PICTURE LOANS                2505 1ST AVENUE
                                                                   SEATTLE, WA 98121

                                                                                                        25 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  03/27/2020.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    03/27/2020    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail