## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: WAYNE BLACK**　　　　　　　　　　　　　　　　**CHAPTER 13**

**DEBTOR**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 20-11143-JDW**

### OBJECTION TO PROOF OF CLAIM
### FILED BY MISSISSIPPI DEPARTMENT OF REVENUE [CLAIM # 8-1]

**COMES NOW** the above-named Debtor, by and through hIS attorney of record in this case, and objects to the Proof of Claim filed by Mississippi Department of Revenue ("Creditor"). In support thereof, shows unto the Court the following:

1. On August 24, 2020, Creditor filed its proof of claim in the amount of $5,836.00 (Clm. #8-1). Said claim includes priority, interest and penalty amounts for the 2014 tax year. The claim also indicates the Debtor has not filed his returns for the same year.

2. The Debtor denies he owes this liability, as his only income for the previous 10-year period consists social security/disability benefits.

3. Therefore, the Creditor should amend its claim to $0.00 or withdraw the claim altogether.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtor prays this Court will sustain this Objection to Proof of Claim at the hearing hereon, and the claim be disallowed, and for such other, further and general relief to which the Debtor may be entitled.

This, the 25th day of August, 2020

　　　　　　　　　　　　　　　　　　　　　/s/Robert H. Lomenick
　　　　　　　　　　　　　　　　　　　　　**ROBERT H. LOMENICK**
　　　　　　　　　　　　　　　　　　　　　Post Office Box 417
　　　　　　　　　　　　　　　　　　　　　Holly Springs, MS  38635

rlomenick@gmail.com
**ATTORNEY FOR DEBTOR**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: WAYNE BLACK**                                                     **CHAPTER 13**

**DEBTOR**                                                                       **CASE NO. 20-11143-JDW**

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

**Clerk, U.S. Bankruptcy Court**
**Northern District of Mississippi**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: August 25, 2020

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

                                          /s/Robert H. Lomenick
                                          KAREN B. SCHNELLER, MSB 6558
                                          ROBERT H. LOMENICK, JR., MSB 104186
                                          SCHNELLER & LOMENICK, P.A.
                                          126 NORTH SPRING STREET
                                          POST OFFICE BOX 417
                                          HOLLY SPRINGS, MS 38635
                                          662-252-3224/karen.schneller@gmail.com
                                          rlomenick@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Robert H Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Objection to Proof Of Claim and the Notice to Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and the Mississippi Department of Revenue, either by electronic means or by United States Mail.

**Bankruptcy Section-Mississippi Department of Revenue**
**P.O. Box 22808**
**Jackson, MS 39225-2808**

**Attorney General's Office**
**Mississippi Dept. Of Revenue**
**PO Box 220**
**Jackson, MS 39205**

**Locke Barkley, via ECF**

**Office of U.S. Trustee, via ECF**

      This, the 25th day of August, 2020

                                            /s/Robert H Lomenick
                                            **KAREN B. SCHNELLER**
                                            **ROBERT H. LOMENICK**